# *EXHIBIT A*

NOT ORIGINAL DOCUMENT
09/07/2018 12:39:01 PM
92023

| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-004741**<br>Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **FLANAGAN, AMY VS. GENTIVA CERTIFIED HEALTHCARE CORP.**, *Defendant*

TO:   **CT CORPORATION SYSTEM**
      **306 W. MAIN STREET**
      **SUITE 512**
      **FRANKFORT, KY 40602**

Memo: Related party is GENTIVA CERTIFIED HEALTHCARE CORP.

The Commonwealth of Kentucky to Defendant:
**GENTIVA CERTIFIED HEALTHCARE CORP.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **08/14/2018**

Presiding Judge: HON. MITCH PERRY (630267)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000877708
CIRCUIT: 18-CI-004741 Certified Mail
FLANAGAN, AMY VS. GENTIVA CERTIFIED HEALTHCARE CORP.



Page 1 of 1

eFiled

Filed 18-CI-004741 08/14/2018 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
09/07/2018 12:38:39 PM
92023

| | |
|---|---|
| NO. _____ | JEFFERSON CIRCUIT COURT<br>DIVISION _____ |
| AMY FLANAGAN | PLAINTIFF |
| VS.           **COMPLAINT** | |
| GENTIVA CERTIFIED HEALTHCARE CORP.<br>d/b/a Kindred at Home | DEFENDANT |

\*\*\*\*\*\*\*\*

Comes now the plaintiff, Amy Flanagan, in person and by counsel, who states as follows for his intervening complaint against the defendant, Gentiva Certified Healthcare Corp., doing business as Kindred at Home:

1. All events complained of occurred in Jefferson County, Kentucky or surrounding counties.

2. The plaintiff is a resident of Jefferson County, Kentucky, and was employed by the defendant. The defendant is a duly incorporated Delaware corporation authorized to do business in Kentucky. The defendant is in the healthcare business employing persons of a sufficient number to be required to comply with the Kentucky Civil Rights Act, KRS § 344.010 *et seq.*

3. That this action arises under Kentucky's Civil Rights Act, KRS 344.010, *et seq.* That jurisdiction over Defendants is conferred by KRS 344.010, *et seq*, and that jurisdiction exists in this Court by virtue of the fact that the plaintiff's damages exceed the minimum jurisdictional threshold of this Court.

Presiding Judge: HON. MITCH PERRY (630267)

COM : 000001 of 000004

4. That plaintiff is an African-American female, whose race and gender is of record and known all times relevant hereto, so that plaintiff is a member of a protected class based upon her race and gender. The plaintiff's race and gender was known to the defendant, through its agents, management and employees, at all times relevant hereto.

5. That Defendant, by and through its agents and management, engaged in discriminatory practices against the plaintiff in the course of its treatment of her as an employer and/or contractor in violation of KRS 344.010. On or about April 2, 2018 the plaintiff learned of the pattern and history of this discriminatory conduct of the defendant targeting her. Specifically, the management of the defendant excluded the plaintiff from the equal employment opportunities based upon her race and gender. The defendant, by and through the acts of its agents, management refused to employ, assign and provide the plaintiff clients/patients due to her race and gender.

6. That the foregoing conduct of Defendant violates Kentucky's Civil Rights Act, KRS 344.010, which specifically forbids discriminating against persons, like plaintiff, because of her race and gender.

7. That plaintiff is entitled to punitive damages in an amount to punish Defendant for its willful, wanton, oppressive, fraudulent, malicious and grossly negligent conduct.

8. That as a direct and proximate result of the illegal discrimination, the intervening plaintiff has suffered, and continues to suffer, great embarrassment, humiliation, and mental anguish.

WHEREFORE, the plaintiff demands judgment on her complaint against the Defendant in an amount sufficient to invoke the jurisdiction of this Court and, in addition, demand:

1. A trial by jury on all issues triable;

2. Compensatory damages;

3. Punitive damages;

4. For her costs herein expended including a reasonable attorneys' fee; and

5. Any and all other relief to which she may otherwise be properly entitled.

_____
AMY FLANAGAN

COUNTY OF JEFFERSON )
                    )ss
COMMONWEALTH OF KENTUCKY )

Subscribed to and sworn to before me by the affiant, Amy Flanagan, on this 26th day of June 2018.

My Commission Expires: 4/24/2024.

Filed                 18-CI-004741     08/14/2018        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
09/07/2018 12:38:39 PM
92023

_____
NOTARY PUBLIC, STATE AT LARGE

Respectfully Submitted,

_____
J. BART MCMAHON
Counsel for Plaintiff Amy Flanagan
119 South Seventh Street
Fourth Floor
Louisville, Kentucky 40202
502-589-4713
502-584-0656—fax
jbartmc@mac.com