IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| AMY FLANAGAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-598-RGJ |
| | ) |
| GENTIVA CERTIFIED HEALTHCARE | ) |
| CORP. d/b/a Kindred at Home | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

\*\*\* \*\*\* \*\*\*

By agreement of the Plaintiff, Amy Flanagan ("Flanagan"), and Defendant, Gentiva Certified Healthcare Corp. d/b/a Kindred at Home ("Gentiva"), by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED**, that this action be and is hereby, **DISMISSED WITH PREJUDICE**, each party to pay her or their own attorneys' fees and costs. This is a final Order.

Entered this \_\_\_\_ day of _____, 2019.

FPDOCS 35057125.1

Agreed to:

| | |
|---|---|
| */s/ Chantell C. Foley* | */s/ J. Bart McMahon (w/permission)* |
| Cynthia Blevins Doll | J. Bart McMahon |
| Chantell C. Foley | 119 South Seventh Street |
| FISHER & PHILLIPS LLP | Fourth Floor |
| 220 West Main Street, Suite 1700 | Louisville, Kentucky 40202 |
| Louisville, Kentucky 40202 | Phone: (502) 589-4713 |
| Phone: (502) 561-3990 | Fax: (502) 584-0656 |
| Fax: (502) 561-3991 | Email: jbartmc@mac.com |
| Email: cdoll@fisherphillips.com | |
| cfoley@fisherphillips.com | COUNSEL FOR PLAINTIFF |
| | |
| COUNSEL FOR DEFENDANT | |